UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD MICHAEL KING, | No. 2:15-cv-2174 DB P |
| Petitioner, | |
| v. | ORDER |
| CHRISTIAN PFEIFFER, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. In an order filed March 16, 2017, the court dismissed petitioner's first amended petition and gave petitioner thirty days to file a second amended petition. Those thirty days have passed and petitioner has not filed a second amended petition or otherwise responded to the court's March 16 order.

Petitioner was advised in the March 16 order that his failure to file a timely second amended petition in compliance with the March 16 order may result in dismissal of this action. Petitioner will be given one additional opportunity to file a second amended petition.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, petitioner shall file a second amended petition in compliance with the court's March 16 order.

////

////

1

Petitioner's is warned that his failure to file a timely second amended petition will result in dismissal of this action.

DATED: May 2, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/king2174.fta