UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD MICHAEL KING, | No. 2:15-cv-2174 DB P |
| Petitioner, | |
| v. | ORDER |
| CHRISTIAN PFEIFFER, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. In an order filed March 16, 2017, the court dismissed petitioner's first amended petition and gave petitioner thirty days to file a second amended petition. In an order filed May 2, 2017, the court warned petitioner that his case would be dismissed if he did not file a second amended petition within another thirty days.

On June 2, 2017, petitioner filed a motion for an extension of time to file a second amended petition.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 20) is granted. Within thirty days of the date of this order, petitioner shall file a second amended petition in compliance with the court's March 16 order. Petitioner is

////

////

1

again warned that his failure to file a timely second amended petition will result in dismissal of this action.

DATED: June 8, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/king2174.SAP eot