Mark D. Eibert (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Petitioner Leonard Michael King

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LEONARD MICHAEL KING, <br> Petitioner, <br> vs. <br> CHRISTIAN PFEIFFER, Warden, <br> Respondent. | No. 2:15-cv-02174-DB <br><br> ORDER RE EXTENSION OF TIME |

Good cause appearing therefore, petitioner's unopposed motion for an extension of time (ECF No. 33) is GRANTED. Petitioner may have until March 23, 2018 to file an amended habeas petition, including a request for equitable tolling, in this case.

IT IS SO ORDERED.

DATED: February 21, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-habeas/leon2174.pet eot(2)