Mark D. Eibert (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Petitioner Leonard Michael King

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD MICHAEL KING, | No. 2:15-cv-02174-DB |
| Petitioner, | |
| vs. | ORDER RE EXTENSION OF TIME |
| CHRISTIAN PFEIFFER, Warden, | |
| Respondent. | |

Good cause appearing therefore, IT IS HEREBY ORDERED that petitioner's unopposed March 21, 2018 motion for an extension of time (ECF No. 35) is granted. Petitioner shall filed his amended petition, including a request for equitable tolling, on or before March 26, 2018.

DATED: March 22, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-habeas/king2174.am pet eot5