IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEONARD MICHAEL KING,**<br><br>Petitioner,<br><br>v.<br><br>**CHRISTIAN PFEIFFER, Warden,**<br><br>Respondent. | Case No. 2:15-cv-02174-DB<br><br>**ORDER GRANTING APPLICATION FOR FIRST ENLARGEMENT OF TIME WITHIN WHICH TO FILE AN ANSWER TO THE SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS** |

Good cause appearing, IT IS HEREBY ORDERED that respondent's unopposed motion for a first enlargement of time within which to file an answer to the second amended petition for writ of habeas corpus (ECF No. 46) is granted. Respondent shall file a responsive pleading on or before July 4, 2018.

DATED: June 4, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:9
DB/prisoner-habeas/king2174.answ eot